

Jan 17 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-14387-CIV-GRAHAM/LYNCH

JOHN SMITH, on behalf of himself and
similarly situated employees,

    Plaintiff,

vs.

CONSTRUCTION SERVICES &
CONSULTANTS, INC., MARK NUCCILLI,
and TIMOTHY R. ELLIS,

    Defendants.
_____/

**DEFENDANTS' MOTION TO CONSOLIDATE**

Defendants, CONSTRUCTION SERVICES & CONSULTANTS, INC. (hereinafter referred to as "CSCI"), MARK NUCCILLI, and TIMOTHY R. ELLIS (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to FED. R. CIV. P. 42(a), hereby move this Honorable Court to consolidate the above-styled cause with the action entitled, *FRED LOWRY, on behalf of himself and similarly situated individuals v. CONSTRUCTION SERVICES & CONSULTANTS, INC., MARK NUCCILLI, and TIMOTHY R. ELLIS*, Case No. 05-14388-CIV, pending before Judge Martinez, and as grounds therefor state as follows:

1. On or about December 27, 2005, contemporaneously with the filing of the action herein, Fred Lowry filed an action, Case No. 05-14388-CIV-MARTINEZ/LYNCH, for unpaid overtime compensation, liquidated damages, damages for retaliation, costs and reasonable attorneys' fees, under the provisions of the FLSA, 29 U.S.C. § 201, *et seq*., which case currently is pending before Judge Martinez.

2. The action herein and the action filed by Fred Lowry are related inasmuch as both Complaints contain the exact same issues – the only difference is the named Plaintiffs and one additional cause of action in the instant Complaint for common law unpaid wages. In fact, the Complaints are word for word identical, except for the Plaintiffs' names and the one additional count. Regardless, the additional count does not change the fact that the two Complaints are materially identical and wholly interrelated. Further, Plaintiff's undersigned counsel also represents Fred Lowry in his action against the Defendants.

3. As such, the claims and defenses of all parties in the action herein are identical to the claims and defenses of the parties in the action filed by Fred Lowry.

4. To provide judicial economy, efficiency and expediency in handling the action herein, as well as to avoid inconsistent results in the two (2) actions,[1] Defendants respectfully request that this Court consolidate Case No. 05-14388-CIV, pending before Judge Martinez, with the action herein. *See, e.g., Dyer v. Publix Super Markets, Inc.*, 2000 WL 374580 *2 (M.D. Fla. 2000) (district court has broad discretion in determining whether to consolidate cases pending before it); *Grayson v. K Mart Corp.*, 79 F. 3d 1086, 1092 (11th Cir. 1996) (court of appeals looks with disfavor upon commencement of two separate actions which assert essentially same cause of action based on essentially same facts and legal theories, before two different judges, particularly when same counsel represents plaintiffs in both actions).

5. The undersigned attempted to confer with opposing counsel in good faith to resolve this matter pursuant to S.D. Fla. L.R. 7.1(A)(3), however, as of the date of this Motion, counsel for

---

[1] In fact, as this Court is aware, there is another related action currently pending before this Court, also filed by Plaintiff's undersigned counsel, entitled *Larry Gottlieb v. Construction Services & Consultants, Inc. and Mark Nuccilli*, Case No. 05-14139-CIV-GRAHAM/LYNCH.

2

Plaintiff does not agree to the relief requested herein.

WHEREFORE, Defendants, respectfully request that this Honorable Court consolidate the above-styled cause with the action entitled *FRED LOWRY, on behalf of himself and similarly situated individuals v. CONSTRUCTION SERVICES & CONSULTANTS, INC., MARK NUCCILLI, and TIMOTHY R. ELLIS*, Case No. 05-14388-CIV, pending before Judge Martinez; enter an Order in accordance therewith, consolidating both cases under Case No. 05-14387-CIV-GRAHAM/LYNCH and take such other and further action as it deems just and proper in the premises.

        Respectfully submitted,

        SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
        Attorneys for Defendants
        Corporate Centre at Boca Raton
        7777 Glades Road, Suite 110
        Boca Raton, Florida 33434
        Telephone:  (561) 477-7800
        Facsimile:  (561) 477-7722

By:    /s Daniel R. Levine, Esq.
        DANIEL R. LEVINE, ESQ.
        Florida Bar Number: 0057861
        E-Mail: drlevine@sbwlawfirm.com
        ROBIN I. COHEN, ESQ.
        Florida Bar Number: 0649619
        E-Mail: ricohen@sbwlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by e-mail on January 17th, 2006 and by U.S. Mail on January 18th, 2006, to Todd W. Shulby, Esq., TODD W. SHULBY, P.A., 12555 Orange Drive, Suit 270, Davie, FL 33330.

        SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
        Attorneys for Defendants
        Corporate Centre at Boca Raton
        7777 Glades Road, Suite 110
        Boca Raton, Florida 33434
        Telephone: (561) 477-7800
        Facsimile: (561) 477-7722

By:   /s Daniel R. Levine, Esq.
       DANIEL R. LEVINE, ESQ.
       Florida Bar Number: 0057861
       E-Mail: drlevine@sbwlawfirm.com
       ROBIN I. COHEN, ESQ.
       Florida Bar Number: 0649619
       E-Mail: ricohen@sbwlawfirm.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-14387-CIV-GRAHAM/LYNCH

JOHN SMITH, on behalf of himself and
similarly situated employees,

    Plaintiff,

vs.

CONSTRUCTION SERVICES &
CONSULTANTS, INC.,MARK NUCCILLI,
and TIMOTHY R. ELLIS,

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO CONSOLIDATE

THIS CAUSE came before the Court upon Defendants' Motion to Consolidate, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion is hereby GRANTED/DENIED. ___

_____

_____

_____

_____.

DONE AND ORDERED at Miami, Miami-Dade County, Florida, this _____ day of January, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:

Counsel of Record